**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVEN J. FRATO and GLORIA K. FRATO, Husband and Wife, | ) ) | No. 3:04cv2706 |
| Plaintiffs | ) | |
| vs. | ) | IN CIVIL ACTION |
| | ) | |
| JESSE THALER a/k/a JESSE JAMES THALER, | ) ) | JURY TRIAL DEMANDED |
| Defendant | ) | |

**PLAINTIFFS' PROPOSED JURY STATEMENT**

This case is about a motor vehicle accident which occurred on January 10, 2003 where Plaintiffs' Steven Frato and Gloria Frato contend their vehicle was hit head-on by Defendant's vehicle.  Plaintiffs contend that Defendant operated his vehicle in a careless and negligent manner causing the accident.

As a result of the accident, Plaintiffs claim that they sustained both physical injuries which resulted in damages both economic and non-economic and are seeking an award of money to compensate them for their damages.

Respectfully Submitted,

LAUB, SEIDEL, COHEN, HOF & REID, L.L.C.

Date: January 13, 2006

Christopher M. Reid
I.D. No. 84231
8 Centre Square
Easton PA 18042
(610) 258-6184
Attorney for Plaintiffs