LAW OFFICES

# FINE, WYATT & CAREY

A PROFESSIONAL CORPORATION

425 SPRUCE STREET

P.O. BOX 590

SCRANTON, PENNSYLVANIA 18501-0590

(570) 343-1197

FAX NO. (570) 343-9538

RICHARD G. FINE
WILLIAM E. WYATT, JR.
PATRICK C. CAREY
EDWARD A. MONSKY
JOSEPH E. JANC
JOHN T. CLARY, JR.
VINCENT A. SCAMELL, JR.
JEFFREY E. HAVRAN*
JOHN J. NOTARIANNI
JANINE EDWARDS

*ALSO MEMBER N.J. BAR

HONESDALE OFFICE:
811 MAIN STREET
P.O. BOX 246
HONESDALE, PA. 18431
(570) 253-1120
FAX NO. (570) 253-4650

LOUIS A. FINE
(1904-1997)

January 23, 2006

Hon. James M. Munley
U. S. DISTRICT COURT
235 N. Washington Avenue
Scranton, PA 18503

RE: Steven & Gloria Frato v Jesse Thaler
No. 3: 04-DV-2706
Our File No: 20606

Dear Judge Munley:

This will confirm my telephone conversation with Sylvia on Friday, January 20, 2006 wherein I advised her that we were successful in settling the above-referenced matter. As you may recall the Mediation was conducted on December 12, 2005. I had made several recommendations to counsel, and following the Mediation, several telephone conferences were held between the parties which eventually resulted in the settlement of the case.

The success of this matter was a direct result of the effort and cooperation between the parties' counsel and as such, it was a pleasure working with them.

Thank you for the opportunity to serve the Court in this matter. If you require any further information, please do not hesitate to contact me.

Sincerely,

FINE, WYATT & CAREY, P.C.

RICHARD G. FINE, ESQUIRE

RGF/knm
cc: John J. Byrne, Esquire
    Christopher M. Reid, Esquire